UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MELISSA MILLER,

   Plaintiff,        Case No. 10-12579
                HON. GEORGE CARAM STEEH

vs.

RWD TECHNOLOGIES, INC.,

   Defendant.

_____/

## ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S EMERGENCY MOTION TO COMPEL DISCOVERY AND EXTEND PLAINTIFF'S DEADLINE TO RESPOND TO DEFENDANT'S RENEWED MOTION FOR SUMMARY JUDGMENT[#22]

  The parties appeared by telephone for oral argument on plaintiff's emergency motion to compel discovery and extend plaintiff's deadline to respond to defendant's renewed motion for summary judgment, and for the reasons stated on the record,

  Plaintiff's emergency motion to compel discovery and extend plaintiff's deadline to respond to defendant's renewed motion for summary judgment is GRANTED IN PART and DENIED IN PART.

  Defendant shall supplement its discovery responses, and provide the requested documents ordered by the court on or before August 26, 2011.

  Plaintiff shall file a response to defendants' renewed motion for summary judgment on or before September 2, 2011.

  Defendant may file a reply brief on or before September 20, 2011.

The hearing date will not change.

SO ORDERED.

Dated: August 25, 2011

S/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
August 25, 2011, by electronic and/or ordinary mail.

S/Josephine Chaffee
Deputy Clerk

---